IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STEPHEN THOMPSON**

**V.**                                                                                    **CIVIL ACTION NO. 1:12CV77-LG-JMR**

**S & S RECOVERY, INC.**

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss or for Summary Judgment [8] filed by Defendant S & S Recovery, Inc., the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of January, 2013.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE